AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ULTRA MARINE EUROPE S.R.O. | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )<br>) |
| ULTRA MARINE WEST, INC. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-21899

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ULTRA MARINE WEST, INC.
3774 SW 30TH AVENUE
FORT LAUDERDALE, FL 33312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  A. Robert Weaver, Esq.
The Brickell IP Group, PLLC
1101 Brickell Ave., South Tower Ste 800
Miami, FL 33131
Tel. 305-728-8831
Email: rweaver@brickellip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 23, 2026

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court